ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DVI BUSINESS CREDIT CORPORATION<br>Successor-In-Interest to MEDCAPITAL<br>FUNDING I CORPORATION<br><br>Plaintiff<br><br>v.<br><br>CARMEN SANTIAGO, an individual,<br>GUAYNABO HOME CARE PROGRAM,<br>INC., a Texas corporation, C&L<br>ESPARANZA HOME HEALTH, INC., a<br>Texas corporation, CC HOME HEALTH<br>LUBBOCK, a Texas corporation,<br>CUIDADO CASERO HOME HEALTH OF<br>EL PASO, INC., a Texas corporation,<br>CUIDADO CASERO HOME HEALTH OF<br>OKLAHOMA CITY, a Texas corporation,<br>CUIDADO CASERO HOME HEALTH<br>CENTRAL, INC., a Texas corporation<br><br>Defendant | §§§§§§§§§§§§§§§§§§§§ | CASE NO. *Misc. 88-88888*<br><br>*Adv. No. 03-4455*<br><br><br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>FILED<br>DEC 19 2003<br>CLERK, U.S. DISTRICT COURT<br>By _____<br>Deputy<br><br>4-03CV1466-A |

---

DEFENDANTS' BRIEF IN SUPPORT OF
MOTION TO WITHDRAW REFERENCE

COME NOW, Defendants Carmen Santiago, Guaynabo Home Care Program, Inc., C&L Esparanza Home Health, Inc., CC Home Health Lubbock, Cuidado Casero Home Health of El Paso, Inc. and Cuidado Casero Home Health Central, Inc., in the above-styled and numbered cause of action, and files this Defendants' Brief In Support of Motion To Withdraw Reference, and for same would respectfully show unto the Court the following:

DEFENDANTS' BRIEF IN SUPPORT OF
MOTION TO WITHDRAW REFERENCE                                                                    Page 1

I hereby certify that the foregoing is a true copy of the original thereof now in my office this the 19th day of December 20 03 at Ft. Worth, Texas
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas

By _____ Deputy

1.      The Supreme Court in *Granfinanciera, S.A. v. Nordberg*, 492 U.S. 33, 109 S.Ct.2782, 106 L.Ed. 2d 26 stated that a Defendant has a right to a jury trial whether the cause of action is a core or non-core proceeding and specifically dealt with a right to a jury trial to recover alleged fraudulent transfers. The Court recognized the right of the Seventh Amendment to the U.S. Constitution wherein there is a right to a jury trial for all cases arising out of common law. Pursuant to Plaintiff's Original Complaint filed in U. S. Bankruptcy Court, Northern District of Texas, Fort Worth Division, the causes of action alleged against Defendants are for breach of contract, conversion, breach of fiduciary duty, suit on security interest, unjust enrichment, suit on guaranty and punitive damages, all pursuant to Texas common law. As a matter of law, Defendants have a right to a jury trial on all issues, whether core or non-core or otherwise related.

2.      Pursuant to 28 U.S.C. §157(e), the Bankruptcy Judge may conduct a jury trial only with express consent of all parties. Defendant has not consented to the Bankruptcy Court conducting a jury trial in the adversary case. As a result, pursuant to 28 U.S.C. §157(d), good cause for withdrawal of reference has been given.

3.      It is obvious that the claims are for damages in a monetary amount and it is clear that the Seventh Amendment of the U. S. Constitution allows for a trial by jury on state law claims. The present adversary case is one for monetary damages. Defendants are not creditors of Plaintiff, and have not filed a Proof of Claim or otherwise appeared in the bankruptcy matter.

Defendants pray that this Motion To Withdraw Reference be, in all things, GRANTED.

Respectfully submitted,

BY: _____
S. GARY WERLEY
State Bar No. 21187000

Fort Worth Club Building
306 West Seventh Street
Suite #508
Fort Worth, Texas 76102
817-335-4300 (Telephone)
817-335-4335 (Facsimile)

**ATTORNEY FOR DEFENDANTS
CARMEN SANTIAGO, GUAYNABO HOME
CARE PROGRAM, INC., C&L ESPARANZA
HOME HEALTH, INC., CC HOME HEALTH
LUBBOCK, CUIDADO CASERO HOME
HEALTH OF EL PASO, INC., CUIDADO
CASERO HOME HEALTH CENTRAL, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this the 17th day of December, 2003, a true and correct copy of *Defendants' Brief In Support Of Motion to Withdraw Reference* was served upon counsel of record Via U.S. First Class Mail as reflected below:

Shane D. Moses
Cantey & Hanger, LLP
801 Cherry Street, Unit #2
Burnett Plaza
Suite #2100
Fort Worth, Texas 76102-6881

James E. Golden, Jr.
Pierce Couch Hendrickson
   Baysinger & Green, LLP
P.O. Box 26350
Oklahoma City, Oklahoma 73126-0350

_____
S. GARY WERLEY