FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.

'04 JAN 30 PM 3:59

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DVI BUSINESS CREDIT CORPORATION, Successor-In-Interest to MEDCAPITAL FUNDING I CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>CARMEN SANTIAGO, an individual, GUAYNABO HOME CARE PROGRAM, INC., a Texas corporation, C&L ESPARANZA HOME HEALTH, INC., a Texas corporation, CC HOME HEALTH LUBBOCK, a Texas corporation, CUIDADO CASERO HOME HEALTH OF EL PASO, INC., a Texas corporation, CUIDADO CASERO HOME HEALTH OF OKLAHOMA CITY, a Texas corporation, CUIDADO CASERO HOME HEALTH CENTRAL, INC., a Texas corporation<br><br>Defendants | CASE NO. 4:03-CV-01466A |

## JOINT APPLICATION FOR REMAND TO STATE COURT

Plaintiff, DVI Business Credit Corporation, and Defendants, Carmen Santiago, Guaynabo Home Care Program, Inc., C&L Esparanza Home Health, Inc., CC Home Health Lubbock, Cuidado Casero Home Health of El Paso, Inc., Cuidado Casero Home Health of Oklahoma City, Cuidado Casero Home Health Central, Inc., herewith file their Joint Application for Remand to State Court, and as grounds therefor would show the Court as follows:

1. On August 25, 2003, Debtors, DVI, Inc., DVI Financial Services, Inc., and DVI Business Credit Corporation, each commenced cases under Chapter 11, Title 11, of the United States Code (the "Bankruptcy Code").

2. As of August 25, 2003, Debtor DVI Business Credit Corporation had a pending civil action seeking judgment for over $1,165,000.00 against Carmen Santiago, an individual, Guaynabo Home Care Program, Inc., a Texas corporation, C&L Esparanza Home Health, Inc., a Texas corporation, CC Home Health Lubbock, a Texas corporation, Cuidado Casero Home health of El Paso, Inc., a Texas corporation, Cuidado Casero Home Health of Oklahoma City, a Texas corporation, Cuidado Casero Home Health Central, Inc., a Texas corporation. Defendants have pending counterclaims against the estate.

3. On November 21, 2003, Plaintiff removed each claim and cause of action arising in the litigation to the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, as authorized pursuant to pursuant to 28 U.S.C. § 1452(a).

4. On December 3, 2003, Defendants filed their request for a jury trial and on December 19, 2003, filed their Motion to Withdraw Reference pursuant to 28 U.S.C. § 157(d).

5. On January 13, 2004, the United States Bankruptcy Court filed its report and recommendation to withdraw the reference.

6. By Order dated January 14, 2004, this Court granted Defendants' Motion to Withdraw Reference.

7. Counsel for the parties have conferred and have agreed to stipulate to venue and jurisdiction in the state court proceeding, provided that this Court grants their Joint Application for Remand.

WHEREFORE, premises considered, the parties, Plaintiff, DVI Business Credit Corporation, and Defendants, Carmen Santiago, Guaynabo Home Care Program, Inc., C&L Esparanza Home Health, Inc., CC Home Health Lubbock, Cuidado Casero Home Health of El Paso, Inc., Cuidado Casero Home Health of Oklahoma City, Cuidado Casero Home Health Central, Inc., herewith move an Order of this Court remanding this action to the 153rd Judicial District Court for Tarrant County, Texas.

Respectfully submitted,

_____
Shayne D. Moses
State Bar No. 14578980
John R. Thompson, III
State Bar No. 24027917
CANTEY & HANGER, L.L.P.
Burnett Plaza, Suite 2100
801 Cherry Street, Unit #2
Fort Worth, TX 76102-688 1
(817) 877-2800
(817) 877-2807–Fax

James E. Golden, Jr.
State Bar No. 08083001
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis
P.O. Box 26350
Oklahoma City, OK 73126-0350
(405) 235-1611
(405) 235-2904–Fax
jgolden@piercecouch.com

*Attorneys for Plaintiff/Debtor*

LAW OFFICES OF S. GARY WERLEY

BY: _____
S. Gary Werley
State Bar No. 21187000

Fort Worth Club Building
306 West Seventh Street
Suite #508
Fort Worth, TX 76102
817/335-4300 (Telephone)
817/335-4335 (Facsimile)

*Attorney for Defendants*